434

## In the Matter of WILLIAM V. QUINN, an Attorney.

Fourth Department, March 30, 1961.

*Per Curiam.* Respondent on February 21, 1961, was convicted of grand larceny, first degree, upon his plea of guilty in Oneida County Court. Pursuant to subdivision 4 of section 90 of the Judiciary Law he therefore ceased to be a member of the Bar. The respondent should be disbarred.

Present — WILLIAMS, P. J., BASTOW, GOLDMAN, HALPERN and McCLUSKY, JJ.

Order of disbarment entered.